# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOSEPH FILAK, JR., <br><br> Plaintiff, <br><br> vs. <br><br> TRANSWORLD SYSTEMS, INC., et al., <br><br> Defendants. | CASE NO.  1:19-CV-00755-CAB <br><br> JUDGE CHRISTOPHER A. BOYKO |

## NOTICE OF SETTLEMENT

Plaintiff, JOSEPH FILAK, JR., by Counsel, hereby notifies the Court that he has reached a settlement that resolves his claims against Defendant, TRANSWORLD SYSTEMS INC. and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3.  The parties are diligently working to obtain signatures on a Settlement Agreement and Mutual Release which has already been prepared and agreed upon by undersigned counsel.  Pending endorsement of the settlement agreement, the parties shall timely file the proper form of dismissal.

**Respectfully submitted,**
**JOSEPH FILAK, JR.**

By: _____/s/_____
Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Fax: (757) 930-3662
Email:  lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2019, I caused a true and correct copy of the foregoing document to be filed using the Clerk of Court's CM/ECF system, which then caused a notice of electronic filing to be sent to all Counsel of Record.

By: _____/s/_____
Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com